# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2330
_____

United States of America

*Plaintiff Appellee*

v.

Cameron Lee Klouda

*Defendant Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: April 20, 2020
Filed: April 23, 2020
[Unpublished]

_____

Before LOKEN, SHEPHERD, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Cameron Klouda appeals the sentence the district court[1] imposed after he pleaded guilty to drug and firearm offenses. His counsel has moved to withdraw and has filed a brief under Anders v. California, 386 U.S. 738 (1967).

After careful review, we conclude that the district court did not abuse its discretion in sentencing Klouda. See United States v. Feemster, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (standard of review). Furthermore, having independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal.

Accordingly, we grant counsel's motion and affirm.

_____

[1]The Honorable C.J. Williams, United States District Judge for the Northern District of Iowa.